**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jerry D. Campbell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number  **8:16-bk-00223**
(if known)

■ Check if this is an amended filing

# B 104
## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**
**Ally Financial**
**P.O. Box 380901**
**Minneapolis, MN 55438**

What is the nature of the claim?  **Lease**    $ **$12,746.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
  Value of security:  - $ _____
  Unsecured claim  $ _____

Contact
Contact phone

**2**
**Bank of America**
**P.O. Box 982235**
**El Paso, TX 79998**

What is the nature of the claim?  **Credit Card**    $ **$44,144.78**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
  Value of security:  - $ _____

Contact

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Jerry D. Campbell** | Case number *(if known)* | **8:16-bk-00223** |
|---|---|---|---|

Contact phone          Unsecured claim     $ _____

---

**3**

**Chase Bank USA, NA**
**P.O. Box 15298**
**Wilmington, DE 19850-5298**

**What is the nature of the claim?**    **Credit Card**    $ **$8,850.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim:    $ _____

Contact
Contact phone

---

**4**

**Comerica Bank**
**39200 Six Mile Road**
**Livonia, MI 48152**

**What is the nature of the claim?**    **Note 2**    $ **$25,870.95**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim:    $ _____

Contact
Contact phone

---

**5**

**Comerica Bank**
**39200 Six Mile Road**
**Livonia, MI 48152**

**What is the nature of the claim?**    **Note 1**    $ **$944,598.16**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim:    $ _____

Contact
Contact phone

---

**6**

**Dana M. Cluckey**
**1017 S. Dakota Ave.**
**Tampa, FL 33606**

**What is the nature of the claim?**    **Personal Loan**    $ **$71,820.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Jerry D. Campbell**                           Case number *(if known)*  **8:16-bk-00223**

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)     $ **$144,000.00**
　　　Value of security:                       - $ **$72,180.00**
　　　Unsecured claim                           $ **$71,820.00**

---

| **7** | **Ditech Bankruptcy Dept.**<br>**P.O. Box 6154**<br>**Rapid City, SD 57709** |
|---|---|

**What is the nature of the claim?**  **1740 Hayball Road Jackson, MI 49201-9181 Jackson County Rental Property; Value based on tax assesed value**     $ **$126,035.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)     $ **$253,504.00**
　　　Value of security:                       - $ **$127,469.00**
　　　Unsecured claim                           $ **$126,035.00**

---

| **8** | **Englander Fischer**<br>**721 First Ave. North**<br>**Saint Petersburg, FL 33701** |
|---|---|

**What is the nature of the claim?**  **Legal Fees**     $ **$16,553.83**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)     $
　　　Value of security:                       - $
　　　Unsecured claim                           $

---

| **9** | **Fifth Third Bank**<br>**700 Bridge St., NW**<br>**Grand Rapids, MI 49504** |
|---|---|

**What is the nature of the claim?**  **Loan Guaranty**     $ **$2,500,000.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)     $
　　　Value of security:                       - $

---

B 104 (Official Form 104)　　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　　Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor 1 | **Jerry D. Campbell** | Case number *(if known)* | **8:16-bk-00223** |
|---|---|---|---|

Contact phone             Unsecured claim            $ _____

---

**10**

**Flagstar Bank**
**Mail Stop E115-3**
**5151 Corporate Drive**
**Troy, MI 48098**

**What is the nature of the claim?**   1677 Hayball Road Jackson, MI 49201-9181 Jackson County Horse Farm Land; Value based on tax assessed value    $ **$117,809.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$279,047.00**
   Value of security:                        - $ **$161,238.00**
   Unsecured claim                            $ **$117,809.00**

Contact

Contact phone

---

**11**

**Honigman Miller Schwartz et**
**2290 First National Bldg.**
**660 Woodward Ave.**
**Detroit, MI 48226**

**What is the nature of the claim?**   **Legal Fees**    $ **$294,128.72**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:                        - $ _____
   Unsecured claim                            $ _____

Contact

Contact phone

---

**12**

**Internal Revenue Service**
**Centralized Insolvency Oper.**
**P.O. Box 21126**
**Philadelphia, PA 19114**

**What is the nature of the claim?**    $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:                        - $ _____
   Unsecured claim                            $ _____

Contact

Contact phone

---

**13**

**Kecskes Silver & Gadd PC**

**What is the nature of the claim?**   **Legal Fees**    $ **$9,219.50**

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1 **Jerry D. Campbell**      Case number *(if known)* **8:16-bk-00223**

**621 S. Main Street**
**Plymouth, MI 48170**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact
Contact phone

---

**14**

**Post Note LLC**
**28411 Northwestern Hwy**
**Suite 850**
**Southfield, MI 48034**

**What is the nature of the claim?** **Pursuant to Paragraph IV(F) of the Settlement Agreement and Mutual Release dated August 12, 2011, 50% of Mr. Campbell's units and distributions from (**   $ **Unknown**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $ **$4,804,221.00**
  - Value of security: - $ **Unknown**
  - Unsecured claim $ **Unknown**

Contact
Contact phone

---

**15**

**Robert Cseplo**
**175 Parker Court**
**Chardon, OH 44024**

**What is the nature of the claim?** **Possibly liability related to guaranty of debt of Sibley Investors, LLC**   $ **$1,500,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact
Contact phone

---

**16**

**U.S. Bank**
**P.O. Box 6352**
**Fargo, ND 58125**

**What is the nature of the claim?** **Credit Card**   $ **$19,799.94**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Jerry D. Campbell**                                    Case number *(if known)*   **8:16-bk-00223**

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:   - $ _____
   Unsecured claim   $ _____

Contact
Contact phone

---

**17**

**Wells Fargo Bank, N.A.**
**P.O. Box 10335**
**Des Moines, IA 50306**

**What is the nature of the claim?**   **1180 Gulf Blvd., Unit 1504 Clearwater Beach, FL 33767-2767 Pinellas County Rental Property**   $ **$15,683.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)   $ **$129,325.00**
   Value of security:   - $ **$679,000.00**
   Unsecured claim   $ **$15,683.00**

Contact
Contact phone

---

**18**

**Wells Fargo Bank, N.A.**
**P.O. Box 10335**
**Des Moines, IA 50306**

**What is the nature of the claim?**   **202 Windward Passage, Unit 508 Clearwater Beach, FL 33767-2226 Pinellas County Rental Property; Value based on Zillow.com**   $ **$1,231.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)   $ **$120,439.00**
   Value of security:   - $ **$697,247.00**
   Unsecured claim   $ **$1,231.00**

Contact
Contact phone

---

**19**

**Winfield L. Cooper III**
**3487 S. Linden Road**
**Flint, MI 48507**

**What is the nature of the claim?**   **Personal Loan**   $ **$20,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

B 104 (Official Form 104)   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   **Page 6**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Jerry D. Campbell** | | Case number *(if known)* | **8:16-bk-00223** |

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact
Contact phone

## Part 2:   Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Jerry D. Campbell**                                  X  _____
   **Jerry D. Campbell**                                          Signature of Debtor 2
   Signature of Debtor 1

Date  **February 23, 2016**                                   Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy