**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry D. Campbell** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | 8:16-bk-00223 |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $ 2,689,810.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $ 635,143.40 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................ | $ 3,324,953.40 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 7,437,064.91 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.*................................ | $ 0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.*........................... | $ 5,406,286.88 |
| **Your total liabilities** | $ 12,843,351.79 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................. | $ 56,024.60 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 34,508.57 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1   **Jerry D. Campbell**                                    Case number *(if known)*  **8:16-bk-00223**

the court with your other schedules.

8.  **From the Statement of Your Current Monthly Income:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1       **Jerry D. Campbell**
               First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number   **8:16-bk-00223**

■ Check if this is an
  amended filing

Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**9000 Page Avenue**
Street address, if available, or other description

**Jackson**        **MI**      **49201-9834**

City                State        ZIP Code

**Jackson**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land

☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**MI residence - Wife. Value based on Zillow.com; Approximately 19 acres;
See detailed description attached hereto**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**$1,017,458.0**                                 **$1,017,458.00**
**0**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entireties**

☐ **Check if this is community property**
   (see instructions)

Debtor 1    **Jerry D. Campbell**                                          Case number *(if known)*    **8:16-bk-00223**

**1.2**    **If you own or have more than one, list here:**

**9002 Page Avenue**
Street address, if available, or other description

| | | |
|---|---|---|
| **Jackson** | **MI** | **49201-9834** |
| City | State | ZIP Code |

**Jackson**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**2.13 Acre Out Parcel on Horse Farm; Value based on tax assessed value; See detailed description attached hereto**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,398.00** | **$7,398.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entireties**

☐ **Check if this is community property** (see instructions)

---

**1.3**    **If you own or have more than one, list here:**

**1677 Hayball Road**
Street address, if available, or other description

| | | |
|---|---|---|
| **Jackson** | **MI** | **49201-9181** |
| City | State | ZIP Code |

**Jackson**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Horse Farm Land; Value based on tax assessed value; Approximately 35 acres; See detailed description attached hereto**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$161,238.00** | **$161,238.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entireties**

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Jerry D. Campbell | Case number (if known) | 8:16-bk-00223 |
|---|---|---|---|

**1.4** If you own or have more than one, list here:

**1740 Hayball Road**

Street address, if available, or other description

| Jackson | MI | 49201-9181 |
|---|---|---|
| City | State | ZIP Code |

**Jackson**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☒ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental Property; Value based on tax assesed value; Approximately 25 acres; See detailed description attached hereto**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $127,469.00 | $127,469.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy by the Entireties**

☐ **Check if this is community property** (see instructions)

---

**1.5** If you own or have more than one, list here:

**1180 Gulf Blvd., Unit 1504**

Street address, if available, or other description

| Clearwater Beach | FL | 33767-2767 |
|---|---|---|
| City | State | ZIP Code |

**Pinellas**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residence FL; Value based on Zillow.com**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $679,000.00 | $679,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy by the Entireties**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Jerry D. Campbell**                                          Case number *(if known)*    **8:16-bk-00223**

**1.6**    **If you own or have more than one, list here:**

| **202 Windward Passage, Unit 508** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

■ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

■ Investment property

☐ Timeshare

☐ Other

**Clearwater Beach    FL    33767-2226**

City        State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $697,247.00 | $697,247.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy by the Entireties**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Pinellas**

County

Other information you wish to add about this item, such as local property identification number:

**Rental Property; Value based on Zillow.com**

---

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................** => | **$2,689,810.00** |

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

3.1    Make:    **Cadillac**
Model:    **CTS**
Year:    **2014**
Approximate mileage:    **39,800**
Other information:

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $33,000.00 | $0.00 |

---

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

---

5    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................** => | **$0.00** |

---

**Part 3:    Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | **Jerry D. Campbell** | | Case number *(if known)* | **8:16-bk-00223** |
|---|---|---|---|---|

**6.  Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Furniture, household goods at 1180 Gulf Blvd, Unit 1504, Clearwater Beach property - see attached  - $1,415.00 (In an abundance of caution, attached is a listing of the rurniture and household goods located at 9000 Page Avenue, Jackson, MI property which are the property of Mr. Campbell's spouse.) | $1,415.00 |

**7.  Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| 2 Television at 1180 Gulf Blvd., Unit 1504, Clearwater Beach property | $100.00 |

**8.  Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| 2 tennis racquets (30 years old) | $20.00 |

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| .38 Ruger Revolver | $200.00 |

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Suits and apparel at residence at 1180 Gulf Blvd., Unit 1504, Clearwater Beach property  $200 Suit and apparel at residence at 9000 Page Avenue, Jackson, MI property  $150 | $350.00 |

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Wedding band | $300.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1  **Jerry D. Campbell** | Case number *(if known)*  **8:16-bk-00223** |
|---|---|

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| 2 Dogs at 9000 Page Avenue, Jackson, MI property | $100.00 |
|---|---|

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................** | **$2,485.00** |

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes...................................................................................................

| Cash | $250.00 |
|---|---|

**17.  Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
         institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Checking** | **Bank of America Checking Account No. Ending 7680** | **$0.00** |
| 17.2. | **Checking** | **HomeBancorp Checking Account No. Ending 1932** | **$25.10** |
| 17.3. | **Checking** | **American 1 Credit Union - Checking Account No. Ending 271 (TBE)** | **$252.98** |
| 17.4. | **Checking** | **Chase Bank Checking Account No. Ending 3659 (TBE)** | **$10,371.05** |
| 17.5. | **Savings** | **American 1 Savings Account No. Ending 0150 (TBE)** | **$5.00** |

**18.  Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................      Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them....................    
                Name of entity:                         % of ownership:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor 1 | Jerry D. Campbell | | Case number *(if known)* | 8:16-bk-00223 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **JLLJ Corp. (Ownership TBE)** | **1.4** | % | **Unknown** |
| **Lansing Future Development LLC n/k/a River Grand Development LLC** | **.0350** | % | **Unknown** |
| **Lansing Future Development II, LLC (Ownership TBE)** | **.67%** | % | **Unknown** |
| **JLLJ Development LLC (Ownership TBE)** | **.89** | % | **Unknown** |
| **Donnelly Penman Financial Services Fund (Ownership TBE)** | **.31%** | % | **$17,076.56** |
| **HomeBancorp (Ownership TBE) (7,218 shares)** | **Unknown** | % | **$72,180.00** |
| **HomeBancorp Stock Options - 635,299 shares - No value unless and until the company is sold** | **Unknown** | % | **Unknown** |
| **Post It Stables, Inc. (Ownership TBE)** | **37.98%** | % | **Unknown** |
| **Lansing Future, LLC** | **.034%** | % | **Unknown** |
| **JLLJ Development LLC - 14,214 unit options** | | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                    Type of account:             Institution name:

| Type of account | Institution name | |
|---|---|---|
| **Retirement Plan ESOP (Vested)** | **HomeBanc N.A.** | **$25,770.36** |
| **SERP (Vested Balance)** | **HomeBanc N.A.** | **$60,000.00** |
| **401(K) (Vested)** | **HomeBanc N.A.** | **$47,534.28** |
| **Non Qualified Defined Contribution Plan (Vested)** | **HomeBanc N.A.** | **$10,449.22** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Jerry D. Campbell** | Case number *(if known)* | **8:16-bk-00223** |

| | | |
|---|---|---|
| **Employee Savings Plan (Vested)** | **HomeBanc, N.A.** | $50,543.85 |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ..................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes.  Give specific information about them...

| | |
|---|---|
| **The Jerry D. Campbell Charitable Remainder Unitrust 100% beneficiary is Central Michigan University** | $300,000.00 |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **2015 Tax Return not yet filed** | **Federal** | **Unknown** |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Jerry D. Campbell** | Case number *(if known)* | **8:16-bk-00223** |
|---|---|---|---|

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Sun Life (Term Policy) $300,000** | **Felicia Campbell** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes.  Describe each claim.........

| Claim against John Krasula for a shareholder derivative suit and Breach of Fiduciary Duty, and other claims arising out of or related to Post It Stables, Inc. or its successors or assigns | **Unknown** |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................

| **$594,458.40** |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ☐ No. Go to Part 7.
   ■ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish
   ■ No
   ☐ Yes................

| Debtor 1 | **Jerry D. Campbell** | Case number *(if known)* | **8:16-bk-00223** |
|---|---|---|---|

48. **Crops—either growing or harvested**
   - ■ No
   - ☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☐ No
   - ■ Yes................

| | |
|---|---|
| John Deere Tractor & Loader  S/N 004343; SN 043524 | $16,200.00 |
| John Deere Tractor  S/N 006869 | $22,000.00 |

50. **Farm and fishing supplies, chemicals, and feed**
   - ■ No
   - ☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
   - ■ No
   - ☐ Yes. Give specific information.....

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ...........................................................................    **$38,200.00**

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ■ No
   - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  ....................................    **$0.00**

**Part 8:**    List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ............................................................... | | **$2,689,810.00** |
| 56. **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$2,485.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$594,458.40** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$38,200.00** | |
| 61. **Part 7: Total other property not listed, line 54**   + | **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$635,143.40** | Copy personal property total    **$635,143.40** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$3,324,953.40** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry D. Campbell** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **8:16-bk-00223** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **9000 Page Avenue Jackson, MI 49201-9834  Jackson County MI residence - Wife.  Value based on Zillow.com; Approximately 19 acres; See detailed description attached hereto**<br>Line from *Schedule A/B*: **1.1** | $1,017,458.00 | ■ _____ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **9002 Page Avenue Jackson, MI 49201-9834  Jackson County 2.13 Acre Out Parcel on Horse Farm; Value based on tax assessed value; See detailed description attached hereto**<br>Line from *Schedule A/B*: **1.2** | $7,398.00 | ■ _____ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **1677 Hayball Road Jackson, MI 49201-9181  Jackson County Horse Farm Land; Value based on tax assessed value; Approximately 35 acres; See detailed description attached hereto**<br>Line from *Schedule A/B*: **1.3** | $161,238.00 | ■ _____ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1   **Jerry D. Campbell** | | Case number (if known)  **8:16-bk-00223** | |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1740 Hayball Road Jackson, MI 49201-9181  Jackson County Rental Property; Value based on tax assesed value; Approximately 25 acres; See detailed description attached hereto**<br>Line from *Schedule A/B*: **1.4** | $127,469.00 | ■          100%<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **1180 Gulf Blvd., Unit 1504 Clearwater Beach, FL 33767-2767  Pinellas County Residence FL; Value based on Zillow.com**<br>Line from *Schedule A/B*: **1.5** | $679,000.00 | ■          100%<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **202 Windward Passage, Unit 508 Clearwater Beach, FL 33767-2226 Pinellas County Rental Property; Value based on Zillow.com**<br>Line from *Schedule A/B*: **1.6** | $697,247.00 | ■          100%<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **2014 Cadillac CTS 39,800 miles**<br>Line from *Schedule A/B*: **3.1** | $0.00 | ■          $0.00<br>☐   100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |
| **Furniture, household goods at 1180 Gulf Blvd, Unit 1504, Clearwater Beach property - see attached  - $1,415.00 (In an abundance of caution, attached is a listing of the rurniture and household goods located at 9000 Page Avenue, Jackson, MI property which**<br>Line from *Schedule A/B*: **6.1** | $1,415.00 | ■          100%<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Furniture, household goods at 1180 Gulf Blvd, Unit 1504, Clearwater Beach property - see attached  - $1,415.00 (In an abundance of caution, attached is a listing of the rurniture and household goods located at 9000 Page Avenue, Jackson, MI property which**<br>Line from *Schedule A/B*: **6.1** | $1,415.00 | ■          $1,415.00<br>☐   100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| **2 Television at 1180 Gulf Blvd., Unit 1504, Clearwater Beach property**<br>Line from *Schedule A/B*: **7.1** | $100.00 | ■          100%<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **2 Television at 1180 Gulf Blvd., Unit 1504, Clearwater Beach property**<br>Line from *Schedule A/B*: **7.1** | $100.00 | ■          $100.00<br>☐   100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Jerry D. Campbell** | Case number (if known) | **8:16-bk-00223** |
|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2 tennis racquets (30 years old)**<br>Line from *Schedule A/B*: **9.1** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **.38 Ruger Revolver**<br>Line from *Schedule A/B*: **10.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Suits and apparel at residence at 1180 Gulf Blvd., Unit 1504, Clearwater Beach property  $200 Suit and apparel at residence at 9000 Page Avenue, Jackson, MI property $150**<br>Line from *Schedule A/B*: **11.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Wedding band**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **2 Dogs at 9000 Page Avenue, Jackson, MI property**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **2 Dogs at 9000 Page Avenue, Jackson, MI property**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Checking: Bank of America Checking Account No. Ending 7680**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Checking: HomeBancorp Checking Account No. Ending 1932**<br>Line from *Schedule A/B*: **17.2** | $25.10 | ■ $25.10<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Checking: American 1 Credit Union - Checking Account No. Ending 271 (TBE)**<br>Line from *Schedule A/B*: **17.3** | $252.98 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Checking: American 1 Credit Union - Checking Account No. Ending 271 (TBE)**<br>Line from *Schedule A/B*: **17.3** | $252.98 | ■ $252.98<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Jerry D. Campbell** | | Case number (if known) | **8:16-bk-00223** |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own *Copy the value from Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: Chase Bank Checking Account No. Ending 3659 (TBE)** Line from *Schedule A/B*: **17.4** | $10,371.05 | ■ 100% □ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Checking: Chase Bank Checking Account No. Ending 3659 (TBE)** Line from *Schedule A/B*: **17.4** | $10,371.05 | ■ $4,000.00 □ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| **Checking: Chase Bank Checking Account No. Ending 3659 (TBE)** Line from *Schedule A/B*: **17.4** | $10,371.05 | ■ $1,000.00 □ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **Savings: American 1 Savings Account No. Ending 0150 (TBE)** Line from *Schedule A/B*: **17.5** | $5.00 | ■ 100% □ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Savings: American 1 Savings Account No. Ending 0150 (TBE)** Line from *Schedule A/B*: **17.5** | $5.00 | ■ $5.00 □ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| **JLLJ Corp. (Ownership TBE) 1.4 % ownership** Line from *Schedule A/B*: **19.1** | Unknown | ■ 100% □ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Lansing Future Development II, LLC (Ownership TBE) .67%** Line from *Schedule A/B*: **19.3** | Unknown | ■ 100% □ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **JLLJ Development LLC (Ownership TBE) .89 % ownership** Line from *Schedule A/B*: **19.4** | Unknown | ■ 100% □ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Donnelly Penman Financial Services Fund (Ownership TBE) .31%** Line from *Schedule A/B*: **19.5** | $17,076.56 | ■ 100% □ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **HomeBancorp (Ownership TBE) (7,218 shares) Unknown** Line from *Schedule A/B*: **19.6** | $72,180.00 | ■ 100% □ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Post It Stables, Inc. (Ownership TBE) 37.98%** Line from *Schedule A/B*: **19.8** | Unknown | ■ 100% □ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Retirement Plan ESOP (Vested): HomeBanc N.A.** Line from *Schedule A/B*: **21.1** | $25,770.36 | ■ 100% □ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |

| Debtor 1 | **Jerry D. Campbell** | | Case number (if known) | **8:16-bk-00223** |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **SERP (Vested Balance): HomeBanc N.A.**<br>Line from *Schedule A/B*: **21.2** | $60,000.00 | ■ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **401(K) (Vested): HomeBanc N.A.**<br>Line from *Schedule A/B*: **21.3** | $47,534.28 | ■ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Employee Savings Plan (Vested): HomeBanc, N.A.**<br>Line from *Schedule A/B*: **21.5** | $50,543.85 | ■ | $50,543.85<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Federal: 2015 Tax Return not yet filed**<br>Line from *Schedule A/B*: **28.1** | Unknown | ■ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Sun Life (Term Policy) $300,000 Beneficiary: Felicia Campbell**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **Claim against John Krasula for a shareholder derivative suit and Breach of Fiduciary Duty, and other claims arising out of or related to Post It Stables, Inc. or its successors or assigns**<br>Line from *Schedule A/B*: **33.1** | Unknown | ■ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **John Deere Tractor & Loader  S/N 004343; SN 043524**<br>Line from *Schedule A/B*: **49.1** | $16,200.00 | ■ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **John Deere Tractor  S/N 006869**<br>Line from *Schedule A/B*: **49.2** | $22,000.00 | ■ | 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jerry D. Campbell** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **8:16-bk-00223** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1  Bayview Loan Servicing LLC**
Creditor's Name

Describe the property that secures the claim:

**202 Windward Passage, Unit 508
Clearwater Beach, FL 33767-2226
Pinellas County
Rental Property; Value based on
Zillow.com**

Amount of claim: **$578,039.00**
Value of collateral: **$697,247.00**
Unsecured portion: **$0.00**

**62516 Collection Center Dr.
Chicago, IL 60693**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **1/29/07**        Last 4 digits of account number  **2586**

**2.2  Citizens One Mortgage**
Creditor's Name

Describe the property that secures the claim:

**9000 Page Avenue Jackson, MI
49201-9834  Jackson County
MI residence - Wife.  Value based on
Zillow.com; Approximately 19
acres; See detailed description
attached hereto**

Amount of claim: **$613,215.00**
Value of collateral: **$1,017,458.00**
Unsecured portion: **$0.00**

**P.O. Box 6260
Glen Allen, VA 23058**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Jerry D. Campbell** | | Case number (if know) | **8:16-bk-00223** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | _____ | Last 4 digits of account number | **4240** |
|---|---|---|---|

---

| 2.3 | **Citizens One Mortgage** | Describe the property that secures the claim: | **$42,921.36** | **$1,017,458.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**9000 Page Avenue Jackson, MI 49201-9834  Jackson County MI residence - Wife.  Value based on Zillow.com; Approximately 19 acres; See detailed description attached hereto**

**P.O. Box 6260
Glen Allen, VA 23058**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     **Home equity line**

| Date debt was incurred | _____ | Last 4 digits of account number | **B48A** |
|---|---|---|---|

---

| 2.4 | **Dana M. Cluckey** | Describe the property that secures the claim: | **$144,000.00** | **$72,180.00** | **$71,820.00** |
|---|---|---|---|---|---|

Creditor's Name

**HomeBancorp (Ownership TBE)
(7,218 shares)
Unknown**

**1017 S. Dakota Ave.
Tampa, FL 33606**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **12/13/11** | Last 4 digits of account number | **NA** |
|---|---|---|---|

---

| 2.5 | **Ditech Bankruptcy Dept.** | Describe the property that secures the claim: | **$253,504.00** | **$127,469.00** | **$126,035.00** |
|---|---|---|---|---|---|

Creditor's Name

**1740 Hayball Road Jackson, MI 49201-9181  Jackson County Rental Property; Value based on tax assesed value; Approximately 25 acres; See detailed description attached hereto**

**P.O. Box 6154
Rapid City, SD 57709**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Jerry D. Campbell** | | Case number (if know) | **8:16-bk-00223** |
|---|---|---|---|---|

First Name    Middle Name    Last Name

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **11/1/03**    **Last 4 digits of account number**  **1152**

---

| 2.6 | **Flagstar Bank** | | $279,047.00 | $161,238.00 | $117,809.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**1677 Hayball Road Jackson, MI 49201-9181  Jackson County Horse Farm Land; Value based on tax assessed value; Approximately 35 acres; See detailed description attached hereto**

**Mail Stop E115-3
5151 Corporate Drive
Troy, MI 48098**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **12/17/99**    **Last 4 digits of account number**  **3294**

---

| 2.7 | **John Deere Financial** | | $8,301.47 | $22,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**John Deere Tractor  S/N 006869**

**P.O. Box 6600
Johnston, IA 50131-6600**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **1/28/13**    **Last 4 digits of account number**  **6609**

---

| 2.8 | **John Deere Financial** | | $12,939.00 | $16,200.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**John Deere Tractor & Loader  S/N 004343; SN 043524**

**P.O. Box 6600
Johnston, IA 50131**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated

Debtor 1 __Jerry D. Campbell__                    Case number (if know) __8:16-bk-00223__
          First Name   Middle Name   Last Name

☐ Disputed

**Nature of lien.** Check all that apply.

Who owes the debt? Check one.

■ Debtor 1 only                    ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                         car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a          ☐ Judgment lien from a lawsuit
     community debt                     ☐ Other (including a right to offset) _____

Date debt was incurred __5/14/14__    Last 4 digits of account number __1913__

---

| 2.9 | **Post Note LLC** | Describe the property that secures the claim: | $4,689,976.08 | Unknown | Unknown |

Creditor's Name

> Pursuant to Paragraph IV(F) of the
> Settlement Agreement and Mutual
> Release dated August 12, 2011, 50%
> of Mr. Campbell's units and
> distributions from (a) Lansing
> Future, LLC; (b) Lansing Future
> Management, LLC; and (c) JLLJ
> Corporation

**28411 Northwestern Hwy**
**Suite 850**
**Southfield, MI 48034**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

Who owes the debt? Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only                    ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                         car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a          ☐ Judgment lien from a lawsuit
     community debt                     ■ Other (including a right to offset) __Settlement Agreement__

Date debt was incurred __8/16/11__    Last 4 digits of account number __NA__

---

| 2.10 | **Wells Fargo Bank N.A.** | Describe the property that secures the claim: | $565,358.00 | $679,000.00 | $0.00 |

Creditor's Name

> 1180 Gulf Blvd., Unit 1504
> Clearwater Beach, FL 33767-2767
> Pinellas County
> Residence FL; Value based on
> Zillow.com

**P.O. Box 10335**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

■ Unliquidated

☐ Disputed

Who owes the debt? Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only                    ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                         car loan)
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a          ☐ Judgment lien from a lawsuit
     community debt                     ☐ Other (including a right to offset) _____

Date debt was incurred __11/21/06__    Last 4 digits of account number __8643__

---

| 2.11 | **Wells Fargo Bank, N.A.** | Describe the property that secures the claim: | $129,325.00 | $679,000.00 | $15,683.00 |

Debtor 1    **Jerry D. Campbell**

First Name    Middle Name    Last Name

Case number (if know)    **8:16-bk-00223**

---

Creditor's Name

**1180 Gulf Blvd., Unit 1504**
**Clearwater Beach, FL 33767-2767**
**Pinellas County**
**Residence FL; Value based on**
**Zillow.com**

**P.O. Box 10335**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    **11/20/06**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Home Equity Line**

Last 4 digits of account number    **1998**

---

| 2.1 2 | **Wells Fargo Bank, N.A.** | | Describe the property that secures the claim: | $120,439.00 | $697,247.00 | $1,231.00 |

Creditor's Name

**202 Windward Passage, Unit 508**
**Clearwater Beach, FL 33767-2226**
**Pinellas County**
**Rental Property; Value based on**
**Zillow.com**

**P.O. Box 10335**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    **1/29/07**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Home Equity Line**

Last 4 digits of account number    **1998**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$7,437,064.91**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$7,437,064.91**

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name Address
**-NONE-**

On which line in Part 1 did you enter the creditor?    _____

Last 4 digits of account number    _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|

Debtor 1    **Jerry D. Campbell**
        First Name         Middle Name         Last Name

Debtor 2
(Spouse if, filing)    First Name         Middle Name         Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **8:16-bk-00223**
(if known)

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| **4.1** | **Ally Financial** | Last 4 digits of account number   9421 | **$12,746.00** |
| | Nonpriority Creditor's Name | | |
| | **P.O. Box 380901** | When was the debt incurred?   4/17/2014 | |
| | **Minneapolis, MN 55438** | | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

   ☐ Contingent

■ Debtor 1 only

   ■ Unliquidated

☐ Debtor 2 only

   ☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

   ☐ Student loans

☐ **Check if this claim is for a  community debt**

   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

   ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

   ■ Other. Specify    **Lease**

☐ Yes

| Debtor 1 | Jerry D. Campbell | Case number (if know) | 8:16-bk-00223 |
|---|---|---|---|

---

**4.2** **Bank of America**
Nonpriority Creditor's Name
**P.O. Box 982235**
**El Paso, TX 79998**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **9485** | **$44,144.78** |
|---|---|---|

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.3** **Capital One/GM**
Nonpriority Creditor's Name
**Customer Center**
**P.O. Box 30256**
**Salt Lake City, UT 84130-0256**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **5908** | **$0.00** |
|---|---|---|

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.4** **Chase Bank USA, NA**
Nonpriority Creditor's Name
**P.O. Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **0737** | **$8,850.00** |
|---|---|---|

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Jerry D. Campbell** | | Case number (if know) | **8:16-bk-00223** |
| --- | --- | --- | --- | --- |

---

| **4.5** | **Comerica Bank** | Last 4 digits of account number | **3047** | **$944,598.16** |

Nonpriority Creditor's Name
**39200 Six Mile Road**
**Livonia, MI 48152**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   **9/1/2010**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Note 1**

---

| **4.6** | **Comerica Bank** | Last 4 digits of account number | | **$25,870.95** |

Nonpriority Creditor's Name
**39200 Six Mile Road**
**Livonia, MI 48152**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   **8/16/12**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Note 2**

---

| **4.7** | **Englander Fischer** | Last 4 digits of account number | **5837** | **$16,553.83** |

Nonpriority Creditor's Name
**721 First Ave. North**
**Saint Petersburg, FL 33701**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   **1/8/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Fees**

---

Debtor 1    **Jerry D. Campbell**                                    Case number (if know)    **8:16-bk-00223**

---

| 4.8 | **Fifth Third Bank** | Last 4 digits of account number _____ | **$2,500,000.00** |

Nonpriority Creditor's Name
**700 Bridge St., NW**
**Grand Rapids, MI 49504**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Loan Guaranty**

---

| 4.9 | **Honigman Miller Schwartz et** | Last 4 digits of account number    **1811** | **$294,128.72** |

Nonpriority Creditor's Name
**2290 First National Bldg.**
**660 Woodward Ave.**
**Detroit, MI 48226**

When was the debt incurred?    **Various**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Legal Fees**

---

| 4.10 | **Internal Revenue Service** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Centralized Insolvency Oper.**
**P.O. Box 21126**
**Philadelphia, PA 19114**

When was the debt incurred?    **2015 Income Taxes (Unknown)**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| Debtor 1 | Jerry D. Campbell | Case number (if know) | 8:16-bk-00223 |
|---|---|---|---|

---

**4.11** **Kecskes Silver & Gadd PC**
Nonpriority Creditor's Name
**621 S. Main Street**
**Plymouth, MI 48170**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **7002**          **$19,594.50**

When was the debt incurred?   **1/11/16**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Fees**

---

**4.12** **Macys/DSNB**
Nonpriority Creditor's Name
**P.O. Box 8218**
**Mason, OH 45040**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **nown**          **$0.00**

When was the debt incurred?   **Various**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.13** **Robert Cseplo**
Nonpriority Creditor's Name
**175 Parker Court**
**Chardon, OH 44024**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **NA**          **$1,500,000.00**

When was the debt incurred?   **12/8/15**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Possibly liability related to guaranty of debt of Sibley Investors, LLC**

---

Debtor 1    **Jerry D. Campbell**

Case number (if know)    **8:16-bk-00223**

---

**4.14**

**SYNCB/JC Penneys**
Nonpriority Creditor's Name
P.O. Box 965036
Orlando, FL 32896
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **nown**   **$0.00**

When was the debt incurred?   **Various**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

**4.15**

**U.S. Bank**
Nonpriority Creditor's Name
P.O. Box 6352
Fargo, ND 58125
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **2659**   **$19,799.94**

When was the debt incurred?   **Various**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

**4.16**

**Winfield L. Cooper III**
Nonpriority Creditor's Name
3487 S. Linden Road
Flint, MI 48507
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **$20,000.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal Loan**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**-NONE-**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line   of (Check one):
    Part 1: Creditors with Priority Unsecured Claims
    Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

---

| Debtor 1 | **Jerry D. Campbell** | Case number (if know) | **8:16-bk-00223** |
|---|---|---|---|

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 5,406,286.88 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 5,406,286.88 |

## Farm in Jackson, Michigan
### Owners: Jerry D. Campbell and Felicia N. Campbell (TBE)

Four properties constitute the farm:

A. 900 0 Page Avenue, Jackson, Michigan
B. 900 2 Page Avenue, Jackson, Michigan
C. 1677 Hayball Road, Jackson, Michigan
D. 1740 Hayball Road, Jackson, Michigan

## A. 9000 Page Avenue, Jackson, Michigan
### Approximately 19 acres

|  | Structures | Type of Structure | Approx. Sq. Ft. | Floors | # of Bedrooms | # of Baths | Garage |
|---|---|---|---|---|---|---|---|
| A-1 | Single-family home | Brick | 4,800 | 2 + attic | 4 | 4 2 ½ | 3 car |
| A-2 | Pole building | Wood | 1,200 7 stalls | 1 | 0 | 0 | 0 |
| A-3 | Garage | Wood | 1,500 Upstairs apt. | 2 | 1 | 2 | 2 car |
| A-4 | Training Barn | Wood | 8,000 22 stalls | 1 | 0 | 0 | 0 |
| A-5 | Training Ring | Metal | 1,500 | 1 | 0 | 0 | 0 |
| A-6 | Paddocks | 7 run-in sheds | 300 each | 1 | 0 | 0 | 0 |
| A-7 | 3/8 mile Training Track | steel |  |  |  |  |  |

## B. 9002 Page Avenue, Jackson, Michigan
### 2 acres – Empty lot

## C. 1677 Hayball Road, Jackson, Michigan
### Approximately 35 acres

|  | Structures | Type of Structure | Approx. Sq. Ft. | Floors | # of Bedrooms | # of Baths | Garage |
|---|---|---|---|---|---|---|---|
| C-1 | Barn w/apartment | Cement and wood | 14 stalls 4,000 | Potential 2 | 2 | 2 | 0 |
| C-2 | Hay storage shed – 3 sides |  | 1,000 | 1 | 0 | 0 | 0 |
| C-3 | 23 paddocks with run-in sheds |  |  | 1 | 0 | 0 | 0 |
| C-4 | Barn with 24 stalls and 1 apartment |  |  | 1 | 1 | 1 | 0 |

**D. 1740 Hayball Road, Jackson, Michigan**
   **Approximately 25 acres**

|  | Structures | Type of Structure | Approx. Sq. Ft. | Floors | # of Bedrooms | # of Baths | Garage |
|---|---|---|---|---|---|---|---|
| D-1 | Single-family home | Wood/ Brick | 1,800 | 1 + basement | 2 | 1 | 1 |
| D-2 | Small barn, 2 stalls | Wood | 600 | 1 | 0 | 0 | 0 |
| D-3 | Garage (detached) | Wood | 800 | 1 | 0 | 0 | 0 |
| D-4 | Two paddocks |  |  |  |  |  |  |

